**Appeal Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00067-CV

## IN THE INTEREST OF R.E.T., A CHILD

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. 17-12-24659**

## MEMORANDUM OPINION

This is an accelerated appeal from an order of termination of parental rights signed November 27, 2018. *See* Tex. R. App. P. 28.4(a)(1) (appeals in parental-termination cases are accelerated). Appellants A.B. and A.T. filed a motion for new trial on December 21, 2018. Appellants filed their notice of appeal on January 23, 2019.

The deadline for filing a notice of appeal in an accelerated appeal is 20 days after the judgment or order is signed. *See* Tex. R. App. P. 26.1(b). The post-judgment motions listed in Texas Rule of Appellate Procedure 26.1(a) do not operate to extend the appellate deadline. *See In re K.A.F.*, 160 S.W.3d 923, 928 (Tex. 2005).

Accordingly, the notice of appeal was due on or before December 17, 2018.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellants' notice of appeal, filed January 23, 2019, was not filed within the 15-day period provided by Rule 26.3.

A court of appeals lacks jurisdiction to hear an appeal that was not timely perfected. When the court lacks jurisdiction, it must dismiss the appeal. *See Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

On January 31, 2019, we notified the parties the appeal would be dismissed unless any party, by February 11, 2019, demonstrated meritorious grounds for continuing the appeal. No response was filed.

The appeal is DISMISSED for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.